November 3, 1978.

M. P. No. 78-92. ROSE E. SIRENSKI *v.* EUGENE P. PETIT *et. al.* The petition for writ of certiorari is granted. Mr. Justice Weisberger did not participate. *Michael F. Horan,* for plaintiff-respondent. *Stephen F. Mullen,* Office of Special Counsel, Department of Transportation, for defendants-petitioners.

M. P. No. 78-305. STATE *v.* THEODORE A. BROWN. The petition of Theodore A. Brown for writ of habeas corpus is granted and the writ shall issue forthwith. This matter is assigned to the calendar for Wednesday, November 8, 1978, at 9:30 a.m. and respondent is directed to bring petitioner before this court on said date for hearing on the question of bail. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff-respondent. *John F. Sheehan,* for defendant-petitioner.

C. A. No. 77-64. STATE *v.* ELL JOHNSON. Defendant's motion to file a petition for reargument, or alternatively, a remand, out of time is granted. The petition for reargument or alternatively for remand is denied. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, *Dale G. Anderson,* Assistant Public Defender, for defendant.